143 A.3d 891

**Derek SMITH, Respondent**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 11, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of August, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Does the Commonwealth Court's decision conflict with this Court's decision in *Gaito v. Pennsylvania Board of Probation and Parole?*